IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case No. 2:19-cv-03279-MSG

| | |
|---|---|
| ANTHONY J. AMARAL | : |
| Plaintiff, | : |
| v. | : |
| BAYVIEW ASSET MANAGEMENT, LLC and BAYVIEW LOAN SERVICING, LLC | : |
| Defendants. | : |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with the agreement of Defendants Bayview Loan Servicing, LLC and Bayview Asset Management, LLC, Plaintiff Anthony J. Amaral ("Plaintiff") hereby voluntarily dismisses this action **without** prejudice in order to permit him to pursue his claims in arbitration per Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, and the Parties agreement to arbitrate the subject claims.

Respectfully submitted,

**THE D'ORLANDO FIRM, PLLC**

Dated: 8/29/19         By:     /s/ **DAVID M. D'ORLANDO**
David M. D'Orlando, Esquire
PA Bar Id No. 312474
53 S. Main Street
Yardley, PA 19067
T: (267) 392-5428
F: (267) 573-3096
Email: dmd@dorlandolaw.com
*Counsel for Plaintiff Anthony J. Amaral*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties and counsel of record, and also served a copy via email upon the following:

James N. Boudreau, Esq.
Greenberg Traurig, LLP
1717 Arch Street
Suite 400
Philadelphia, PA 19103
boudreauj@gtlaw.com
*Counsel for Defendants*

/s/ **DAVID M. D'ORLANDO**
David M. D'Orlando, Esquire